UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT McFARLAND,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 19-0261 |
| v. | : | (JUDGE MANNION) |
| **ANDREW M. SAUL,**[1] Commissioner of Social Security, | : : | |
| Defendant | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Cohn, **(Doc. 17)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's complaint appealing the final decision of the Commissioner denying his claim for DIB benefits, **(Doc. 1)**, is **GRANTED**, and the Commissioner's decision is **VACATED**;

---

[1] Andrew M. Saul was sworn in as Commissioner of Social Security on June 17, 2019 and is automatically substituted as the defendant in this action. *See* Fed.R.Civ.P. 25(d).

**(3)**     this case is **REMANDED** to the Commissioner for further proceedings consistent with Judge Cohn's report; and

**(4)**     the Clerk of Court is directed to **CLOSE THIS CASE**.

                                     s/ *Malachy E. Mannion*
                                     **MALACHY E. MANNION**
                                     **United States District Judge**

**Date: August 3, 2020**
19-0261-01-ORDER